**FILED**

FEB 2 6 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Ernesto Miguel Heredia
1200 Franklin May
General delivery
Santa Clara, CA
95050
408-647-5848

**SVK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ernesto Miguel Heredia

Plaintiff,

vs.

West Valley Staffing Group

Defendant(s).

**CV 18 1236**

CASE NO. _____

EMPLOYMENT DISCRIMINATION
COMPLAINT

1.    Plaintiff resides at:

Address 1200 Franklin Mall General delivery

City, State & Zip Code Santa Clara, CA 95050

Phone 408-647-5848

2.    Defendant is located at:

Address 390 Potrero Ave

City, State & Zip Code Sunnyvale, CA 94085

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

a. X Failure to employ me.

b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                         - 1 -

c.  __ Failure to promote me.

d.  __ Other acts as specified below.

iN oR ARound NOVEMbER 2017, I Applied foR A mAchiNE opeRAtoR / mechANicAl iNspectoR positioN, And Submitted My ApplicatioN And REsumE to SANdRA lAwRANcE, mid 30's SENioR RecRuiteR, I wAs Not selected foR the positioN.

5.    Defendant's conduct is discriminatory with respect to the following:

a.  __ My race or color.

b.  __ My religion.

c.  __ My sex.

d.  __ My national origin.

e.  X Other as specified below.

AgE

6.    The basic facts surrounding my claim of discrimination are:

I belivE that I wAs discRiminAted AgAiNst Because of My AgE 47, iN violAtioN of My Rights As pRotected by the AgE discRiminAtion iN EMploymENt Act of 1967, As AMEnded

7.    The alleged discrimination occurred on or about NOVEMbER. 2017

(DATE)

8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                    - 2 -

discriminatory conduct on or about NOVEMBER 2017

(DATE)

9.     The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about 12-15-2017 .

(DATE)

10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes ____     No ✗

11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: 2-25-2018 _____

_____
SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION

IS NOT REQUIRED.)

ERNESTO MiguEl HEREDIA

PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)                - 3 -